UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

NOV 03 2017

David J. Bradley, Clerk of Court

CARLOS ALBERTO DURAN
   APPLICANT - RELATOR,

V.

COURT OF CRIMINAL APPEALS OF TEXAS
   RESPONDENT.

JUVENILE CT. NO. 200103415-3806682;
200104384-3952248;
200104387-3806681.

## APPLICATION FOR WRIT OF MANDAMUS OR PROHIBITION

APPLICANT-RELATOR MOVES IN COMPLIANCE WITH FRAP TITLE V. EXTRAORDINARY WRITS RULE 21 DIRECTED TO JUDGE OR JUDGES OF THE COURT OF CRIMINAL APPEALS SHALL BE MADE BY FILING A PETITION, THEREFORE, WITH THE CLERK OF THE STATE U.S. DISTRICT COURT WITH PROOF OF SERVICE.

## STATEMENT OF THE CASE

APPLICANT-RELATOR FILED A WRIT OF HABEAS CORPUS IN THE (JUVENILE) 313TH DISTRICT COURT OF HARRIS COUNTY, TEXAS.. AND THE DISTRICT CLERK OF THAT COUNTY FAILED OR REFUSED TO FILE SUCH WRIT OF HABEAS CORPUS IN THE PROPER COURT.

## RELIEF SOUGHT

APPLICANT-RELATOR ASK THIS STATE U.S. DISTRICT COURT TO COMPEL OR MODIFY THE STATE'S HIGHEST CRIMINAL COURT OF APPEALS TO COMPEL THE HARRIS COUNTY DISTRICT CLERK TO FILE APPLICANT'S WRIT OF HABEAS CORPUS IN THE 313TH DISTRICT COURT OF HARRIS COUNTY, TEXAS UNDER THE SUPRA CAUSE NUMBERS.

## WHY WRITS SHOULD ISSUE

APPLICANT-RELATOR CAN NOT PROPERLY EXHAUST STATE REMEDIES AS REQUIRED BY STATE AND FEDERAL LAW "DISTRICT COURT HAS DISCRETION TO NULLIFY STATE COURT DECISION IN FASHIONING HABEAS RELIEF, SEE GENTRY V. DEUTH, 456 F.3d 687, 696 (6TH CIR. 2006) ALSO DISTRICT COURT'S HAS DISCRETION TO GRANT HABEAS RELIEF SEE JONES V. CAIN, 600 F.3d 527, 541-42 (5TH CIR. 2010) SEE 28 U.S.C § 2254(c); § 2254(b) SUPPORTED BY CARTY V. THALER, 583 F.3d 244, 257 (5TH CIR. 2009).

## PARTS OF RECORD

APPLICANT-RELATOR CAN NOT PROVIDE COPIES DUE TO INDIGENCE, AND PRISON OFFICIALS DO NOT ALLOW ACCESS TO THEIR COPY MACHINE.

_Carlos Duran_
APPLICANT-RELATOR-PAUPER

NO. _____

IN THE

UNITED STATES DISTRICT COURT

CARLOS ALBERTO DURAN, APPLICANT-RELATOR

VS.

TEXAS COURT OF CRIMINAL APPEALS OF TEXAS, RESPONDENT(S)

PROOF OF SERVICES

I, CARLOS ALBERTO DURAN, DO SWEAR OR DECLARE THAT ON THIS DATE, NOV. 1, 2017, AS REQUIRED BY RULE 21(a) I HAVE SERVED THE ENCLOSED MOTION FOR LEAVE TO PROCEED INFORMA PAUPERIS FOR NO FURTHER DELAY, AND APPLICATION FOR WRIT OF MANDAMUS OR PROHIBITION ON PARTY TO THE CLERK OF COURT OF CRIMINAL APPEALS OF TEXAS AND THE HARRIS COUNTY DISTRICT CLERK, TO BE SERVED, BY DEPOSITING AN ENVELOPE CONTAINING THE NECESSARY DOCUMENTS IN THE PRISON MAIL BOX SYSTEM PROPERLY ADDRESS TO THE CLERK:

NAME AND ADDRESS: DEANA WILLIAMSON; P.O. BOX 12308 CAPITOL STATION; AUSTIN, TEXAS 78711 AND NAME AND ADDRESS: CHRIS DANIEL; DISTRICT CLERK OF HARRIS COUNTY; OFFICE OF THE CLERK 1201 FRANKLIN P.O. BOX 4651; HOUSTON, TEXAS 77210-4651.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXCUTED ON NOV. 1, 2017

_Carlos Duran_
APPLICANT-RELATOR-PAUPER