United States District Court
Southern District of Texas
**ENTERED**
November 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO DURAN, (TDCJ-CID #01099035) Petitioner, | § § § § | |
| vs. | § | CIVIL ACTION H-17-3379 |
| TEXAS COURT OF CRIMINAL APPEALS, Respondent. | § § § § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on __Nov. 8__, 2017.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2017\17-3379.a01.wpd 6/4/03 10:58 am